UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
BOARD OF TRUSTEES OF THE UNITED :
UNION ROOFERS, WATERPROOFERS & :
ALLIED WORKERS LOCAL UNION NO. 8 :
W.B.P & A FUNDS, :
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　Plaintiff, : **ORDER**
　　　　　　　　　　　　　　　　　　　　　:
　　　　　-against- : 05-CV-2494 (DLI) (JMA)
　　　　　　　　　　　　　　　　　　　　　:
DIBELLA ROOFING INC., :
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　Defendant. :
-------------------------------------------------------------x

**DORA L. IRIZARRY, U.S. District Judge:**

　　　　It appearing that no objections have been filed to the Report and Recommendation of the Honorable Joan M. Azrack, U.S.M.J., dated October 26, 2005; and

　　　　Upon consideration, the Report and Recommendation is hereby adopted in full. Accordingly, it is hereby

　　　　ORDERED that judgment in the total amount of $29,256.49 be entered against defendant and this action is dismissed; and it is further

　　　　ORDERED that service of a copy of this Order shall be made by the Clerk of this Court by forwarding a copy hereof to all parties. The Clerk of the Court is further directed to close this case.


DATED:　　　Brooklyn, New York
　　　　　　　November 30, 2005


　　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　　DORA L. IRIZARRY
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge