UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BOARD OF TRUSTEES OF THE UNITED
UNION ROOFERS, WATERPROOFERS &
ALLIED WORKERS LOCAL UNION NO. 8
W.B.P. & A FUNDS,

                 Plaintiffs,

-against-

DIBELLA ROOFING INC.,

                 Defendant.
-----------------------------------------------------------------X

JUDGMENT
05-CV-2494 (DLI)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ DEC 05 2005 ★
BROOKLYN OFFICE

      An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on November 30, 2005, adopting the Report and Recommendation of Magistrate Judge Joan M. Azrack, dated October 26, 2005; directing the Clerk of the Court to enter judgment awarding $27,116.49 in damages, $1,800.00 in attorney's fees, and $340.00 in costs against defendant, DiBella Roofing Inc., for a total award of $29,256.49; and dismissing the action; it is

      ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Joan M. Azrack is adopted; that judgment is hereby entered in favor of plaintiff, Board of Trustees of the United Union Roofers, Waterproofers & Allied Workers Local Union No. 8 W.B.P & A Funds, and against defendant, DiBella Roofing, Inc., awarding $27,116.49 in damages, $1,800.00 in attorney's fees, and $340.00 in costs against defendant, DiBella Roofing Inc., for a total award of $29,256.49; and that the action is dismissed.

Dated: Brooklyn, New York
       December 02, 2005

                                                                 ROBERT C. HEINEMANN
                                                                 Clerk of Court